UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMMEKA HILL,

                                        Plaintiff,                              20 Civ. 9609 (PAE)

                      -v-
                                                                                ORDER
M.A.C. COSMETICS INC. et al.,

                                        Defendants.

---

PAUL A. ENGELMAYER, District Judge:

        An initial pretrial conference is currently scheduled for December 16, 2020 at 3:30 p.m.

*See* Dkt. 6.   In addition to the joint letter and proposed case management plan described therein,

which remain due to the Court by December 11, 2020, the Court further instructs as follows.

        Counsel for the removing defendant(s) are directed to serve a copy of this Order and the

Court's order at Dkt. 6 on each other party within 14 days following the date of this order; a copy

of this Order must also be served with any subsequent process that brings in additional parties,

and proof of such service must be filed promptly with the Court.  If the removing defendant's

counsel is unaware of the identity of counsel for any of the other parties, he or she must

forthwith send a copy of this Order to that party personally.

        Counsel for the removing defendant(s) are further directed to serve on all other parties

and submit to the Court **within 14 days following the date of this order** a letter, filed on ECF,

providing the following information:

1.    Whether all defendants who had been served at the time of removal joined in the
      notice of removal.

2.    Whether the notice of removal was dated more than 30 days after the first
      defendant was served.

3.      If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

If any plaintiff has a response to defendant's submission, that response must be submitted to the Court **within 7 days of service of defendant's submission**.  Any motion to remand the action to state court based on procedural defects in the removal must be filed within 30 days of removal.  *See* 28 U.S.C. § 1447(c).

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address:  orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly.  **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**  Requests for adjournment may be made only in a writing received no later than two business days before the conference.  The written submission must comply with Section 1.E of the Court's Individual Rules.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

This conference will remain telephonic.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 18, 2020
       New York, New York