UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TAMMEKA HILL,

                          Plaintiff,

   -against-

M.A.C. COSMETICS INC., THE ESTEE
LAUDER COMPANIES, INC., MACY'S, INC.
and MACY'S RETAIL HOLDINGS, LLC,

                          Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING**
**TELEPHONE CONFERENCE**

**20-CV-9609 (PAE)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 31).  A telephone conference will be held on **Wednesday, January 13, 2021 at 2:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: December 17, 2020
       New York, New York

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge