UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
TAMMEKA HILL,                                                     :
                                                                  :
                      Plaintiff,                                    :
                                                                  :    1:20 cv 09609 (PAE)
        vs.                                                       :
                                                                  :
M.A.C. COSMETICS INC., THE ESTEE LAUDER                           :
COMPANIES INC., MACY'S, INC. and MACY'S                           :
RETAIL HOLDINGS, LLC,                                             :
                                                                  :
                      Defendants.                                   :
                                                                  :
------------------------------------------------------------------x

## ORDER

      **AND NOW**, this 4 day of March, 2021, upon consideration of the Motion of Defendants M.A.C. Cosmetics Inc. and The Estee Lauder Companies, Inc. to enter the Agreed Upon Non-Sharing Protective Order and Confidentiality Agreement between all parties in the above-captioned matter, and as agreed upon by all parties, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

                                                        SO ORDERED:

                                                    *Paul A. Engelmayer*
                                                    Hon. Paul A. Engelmayer
                                                    United States District Judge