```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TAMMEKA HILL,

                                Plaintiff,

      -against-

M.A.C. COSMETICS INC., THE ESTEE
LAUDER COMPANIES, INC., MACY'S, INC.
and MACY'S RETAIL HOLDINGS, LLC,

                               Defendants.
----------------------------------------------------------------X

**ORDER ADJORUNING**
**SETTLEMENT CONFERENCE**

**20-CV-9609 (PAE)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Stipulation of Dismissal filed on April 16, 2021 (doc. no 63) the Settlement Conference currently scheduled for **May 20, 2021** is hereby adjourned *sine die*.

     **SO ORDERED.**

Dated: April 19, 2021
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge